UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.D., a minor, by and through his next friend, JANE DOE, <br><br> Plaintiff, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants. | Civil Action No. 25-cv-01349 |

NOTICE OF APPEARANCE

Please enter the appearance of Marja K. Plater of the Washington Lawyers' Committee for Civil Rights and Urban Affairs as additional counsel for Plaintiff in the above-captioned matter.

Respectfully submitted,

*/s/ Marja K. Plater*
Marja K. Plater, D.C. Bar No. 90002586
WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS AND URBAN AFFAIRS
700 14th Street, N.W., Suite 400
Washington, DC 20005
Phone: (202) 319-1043
Fax: (203) 319-1010
marja_plater@washlaw.org