PAUL, WEISS, RIFKIND, WHARTON & GARRISON 1285 AVENUE OF THE AMERICAS NEW YORK, NY 10019

Client's File No.: _____

## AFFIDAVIT OF SERVICE

Civil Action No.: 1:25-cv-01349-LLA
Date Filed: May 2, 2025
Court Date: _____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



*J.D., a minor, by and through his next friend, JANE DOE*

vs

*THE DISTRICT OF COLUMBIA, et al.,*

*Plaintiff*

*Defendant*

STATE OF  DISTRICT OF COLUMBIA  COUNTY OF  DISTRICT OF COLUMBIA  SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of   District of Columbia

That on the following date:   June 3, 2025  , at the following time:   10:54 AM  ,
at    2041 MARTIN LUTHER KING JR. AVE SE, STE. 234, WASHINGTON, DC 20018    deponent served the within
Summons in a Civil Action, Civil Cover Sheet, Complaint for Declaratory Judgment, Injunctive Relief, and Monetary Damages with Jury Trial Demanded, Memorandum Opinion and Order signed by James E. Boasberg, Chief Judge and dated May 12, 2025

[X]  Papers so served were properly endorsed with the Civil Action No. and date of filing.

Upon:   **ANTHONY LLOYD**

[X] **Individual**  By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[ ] **Responsible Person**  By delivering to and leaving with _____, _____ Relationship
a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[ ] dwelling place   [ ] place of business/employment   [ ] last known address within the State.   [ ] usual place of abode

[ ] **Corporation LLC / LLP**  By delivering to and leaving with _____ said individual to be _____
who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door**  By affixing a true copy thereof to the door, being the defendant/respondent's   [ ] dwelling place   [ ] place of business/employment
[ ] last known address within the State. [ ] usual place of abode

[ ] **Previous Attempts**  Deponent previously attempted to serve the above named defendant/respondent on:

**Perceived Description of Recipient**  Gender: Male  Race: Black  Color of hair: Black  Age: 30 - 40 Yrs.  Height: 5ft 4inch - 5ft 8inch
Weight: 131-160 Lbs.  Other Features: _____

[ ] **Mail**  A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed First Class mail to the above address _____ . on

[ ] **WITNESS FEES**  Subpoena Fee Tendered in the amount of $.

[X] **MILITARY SERVICE**  I asked the person spoken to whether defendant was in active military service of the United States in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] **Other**

Sworn to before me on   06/06/2025

PROCESS SERVER - PRINT NAME BELOW SIGNATURE
Laquanyah Henry

PROCESS SERVER LICENSE # _____

*Court Support, Inc., 265 Post Ave #150, Westbury, NY 11590 License #1382542-DCA*      Work Order #  1499170

Kieran Bryce Monahan
Notary Public, District of Columbia
My Commission Expires 04/30/2029

336908