**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| J.D.,<br><br>*Plaintiff*,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA, *et al*.<br><br>*Defendants*. | Case No. 1:25-cv-01349-LLA |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 83.2(c) of the Local Rules of the United States District Court for the District of Columbia, Plaintiff J.D., by and through their undersigned counsel, Daniela Lorenzo, a member of the Bar of this Court, respectfully move that Harun Al-Hijaz be admitted *pro hac vice* in the above-captioned actions. This motion is supported by the accompanying declaration of Harun Al-Hijaz. A Certificate of Good Standing and Proposed Order are attached hereto.

Dated: August 14, 2025
Washington, D.C.

Respectfully submitted,

*/s/ Daniela Lorenzo*

Daniela Lorenzo (D.C. Bar No. 90022335)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 223-7492
Fax: (202) 478-1656
dlorenzo@paulweiss.com

*Attorney for Plaintiff J.D.*

**CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.3, I hereby certify that, on August 14, 2025, I caused to be electronically filed a copy of the foregoing Motion for Admission Pro Hac Vice and accompanying documents using the Court's CM/ECF system, and service was effected electronically pursuant to Local Rule 5.4(d) to all counsel of record.

*<u>/s/ Daniela Lorenzo</u>*
Daniela Lorenzo (D.C. Bar No. 90022335)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| J.D.,<br><br>*Plaintiff,*<br><br>v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*<br><br>*Defendants.* | Case No. 1:25-cv-01349-LLA |

**DECLARATION OF HARUN AL-HIJAZ**

I, Harun Al-Hijaz, pursuant to 28 U.S.C. § 1746, declare as follows: Pursuant to Local Rule 83.2(c)(2), I certify that I am eligible for admission to this Court.

1. I am an associate at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 2001 K Street, NW Washington, DC 20006-1047, telephone (202) 223-7300.

2. I am admitted to practice law in the District of Columbia (Bar No. 90030226) and a Certificate of Good Standing from the District of Columbia Court of Appeals is attached hereto.

3. I have not been disciplined by any bar.

4. I have not been admitted *pro hac vice* in this Court within the past two years.

Dated: August 14, 2025
Washington, D.C.

Respectfully submitted,

Harun Al-Hijaz (D.C. Bar No. 90030226)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW

Washington, DC 20006-1047
Tel. (202) 223-7300
sal-hijaz@paulweiss.com

*Attorney for Plaintiff J.D.*



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

***Harun Shaquille Al-Hijaz***

*was duly qualified and admitted on December 6, 2024 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

***In Testimony Whereof,***
***I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 12, 2025.***

***JULIO A. CASTILLO***
***Clerk of the Court***

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

***For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.***

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

J.D.,

*Plaintiff*,

v.

THE DISTRICT OF COLUMBIA, *et al*.

*Defendants*.

Case No. 1:25-cv-01349-LLA

**ORDER**

Upon consideration of Plaintiff's Motion for Admission *Pro Hac Vice* for Harun Al-Hijaz and the accompanying Declaration of Harun Al-Hijaz, it is hereby **ORDERED** that Plaintiff's Motion for Admission *Pro Hac Vice* is hereby **GRANTED**.

**SO ORDERED** this ________ day of ________, 2025.

________________________________
United States District Judge