## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| J.D.,<br><br>      *Plaintiff*,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*<br><br>      *Defendants*. | Case No. 1:25-cv-01349-LLA |

### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.2(c) of the Local Rules of the United States District Court for the District of Columbia, Plaintiff J.D., by and through their undersigned counsel, Daniela Lorenzo, a member of the Bar of this Court, respectfully move that Jennifer Poretz be admitted *pro hac vice* in the above-captioned actions. This motion is supported by the accompanying declaration of Jennifer Poretz. A Certificate of Good Standing and Proposed Order are attached hereto.

Dated: August 14, 2025
      Washington, D.C.

Respectfully submitted,

*/s/ Daniela Lorenzo*
Daniela Lorenzo (D.C. Bar No. 90022335)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 223-7492
Fax: (202) 478-1656
dlorenzo@paulweiss.com

*Attorney for Plaintiff J.D.*

- 2 -

**CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.3, I hereby certify that, on August 14, 2025, I caused to be electronically filed a copy of the foregoing Motion for Admission Pro Hac Vice and accompanying documents using the Court's CM/ECF system, and service was effected electronically pursuant to Local Rule 5.4(d) to all counsel of record.


*/s/ Daniela Lorenzo*
Daniela Lorenzo (D.C. Bar No. 90022335)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.D., <br><br> *Plaintiff*, <br><br> v. <br><br> THE DISTRICT OF COLUMBIA, *et al*. <br><br> *Defendants*. | Case No. 1:25-cv-01349-LLA |

## DECLARATION OF JENNIFER PORETZ

I, Jennifer Poretz, pursuant to 28 U.S.C. § 1746, declare as follows: Pursuant to Local Rule 83.2(c)(2), I certify that I am eligible for admission to this Court.

1.      I am an associate at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019-6064; telephone 212-373-2369.

2.      I am admitted to practice law in the State of New York (Bar No. 6191589) and a Certificate of Good Standing from the Appellate Division of the Supreme Court of the State of New York, First Judicial Department is attached hereto.

3.      I am admitted to practice law in the State of California (Bar No. 352452).

4.      I have not been disciplined by any bar.

5.      I have not been admitted *pro hac vice* in this Court within the past two years.

6.      I do not engage in the practice of law from an office located in the District of

Columbia, and I am not a member of, or applicant to, the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct

Dated: August 14, 2025                          Respectfully submitted,
      New York, NY

Jennifer Poretz
**PAUL, WEISS, RIFKIND, WHARTON &**
**GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-2369
Fax:  (347) 521-2570
jporetz@paulweiss.com

*Attorney for Plaintiff J.D.*



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

———————

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Jennifer Michele Poretz

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **April 7, 2025**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand in the City of New York on August 12, 2025.



*Clerk of the Court*

CertID-00245567



# Supreme Court of the State of New York
## Appellate Division, First Department

DIANNE T. RENWICK
PRESIDING JUSTICE

SUSANNA MOLINA ROJAS
CLERK OF THE COURT

MARGARET SOWAH
DEPUTY CLERK OF THE COURT

DOUGLAS C. SULLIVAN
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| J.D., | |
| *Plaintiff,* | |
| v. | Case No. 1:25-cv-01349-LLA |
| THE DISTRICT OF COLUMBIA, *et al*. | |
| *Defendants*. | |

**ORDER**

Upon consideration of Plaintiff's Motion for Admission *Pro Hac Vice* for Jennifer Poretz

and the accompanying Declaration of Jennifer Poretz, it is hereby **ORDERED** that Plaintiff's

Motion for Admission *Pro Hac Vice* is hereby **GRANTED**.


**SO ORDERED** this _____ day of _____, 2025.


_____
United States District Judge